IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDDIE RAY JORDAN, #1251118 ) <br> (Previous TDCJ Nos. 565315, 646377), ) <br> SID #04101924, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NBC, et al., ) <br>     Defendants. ) | 3:05-CV-0372-G |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis*, filed on February 11, 2005, is DENIED pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

Signed this __20__ day of __April__, 2005.

A. JOE FISH
CHIEF UNITED STATES DISTRICT JUDGE